**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 09-8036**

_____

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

          v.

NYRON JOEL NICHOLS,

                    Defendant - Appellant.

_____

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Glen E. Conrad, District
Judge.  (7:07-cr-00006-gec-1)

_____

Submitted:  December 17, 2009      Decided:  December 23, 2009

_____

Before WILKINSON, NIEMEYER, and AGEE, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Nyron Joel Nichols, Appellant Pro Se.  Ronald Andrew Bassford,
Assistant United States Attorney, Roanoke, Virginia, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM

Nyron Joel Nichols appeals the district court's order denying his motion for modification of the record and his motion to produce a copy of the court reporter's original sound recordings of the proceedings.  We have independently reviewed the record and find that Nichols is not entitled to the relief he requests.  Accordingly, we deny Nichols' motion for stay pending appeal and affirm for the reasons stated by the district court.  United States v. Nichols, No. 7:07-cr-00006-gec-1 (W.D. Va. July 14, 2009).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2